IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RONNIE SMITHERMAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIV. ACTION: 2:23-00465-KD-N |
| | ) |
| **COULDTRUCKS, LLC,** *et al.*, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge, (Doc. 14), made under 28 U.S.C. § 636(a-b), Fed. R. Civ. P. 72, and S.D. Ala. GenLR 72(a-b), and dated March 5, 2024, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff Ronnie Smitherman's Motion to Remand, (Doc. 6), and Motion to Amend the Complaint, (Doc. 13), are **DENIED**.

**DONE** and **ORDERED** this the **1st** day of **April 2024.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**